IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TANYA B GIBSON,

      Plaintiff,

v.                                                                                    CASE NO. 1:10-cv-00120-MP-AK

ROGER CONLEY,

      Defendant.

_____/

## **O R D E R**

This matter is before the Court following removal from state court.  In this case, Plaintiff

seeks compensatory damages from Defendant that she alleges were sustained in a motor vehicle

collision occurring on March 13, 2009  in Gainesville, Florida.  At a telephone status conference

held  on June 30, 2010, the parties informed the court that they had now agreed that the amount

of compensatory damages being sought by the Plaintiff would not exceed $75,000 and further

stipulated that this matter could be remanded to state court.  Accordingly, this case is

REMANDED to the Circuit Court of Alachua County , Florida.

      **DONE AND ORDERED** this   *30th* day of June, 2010


        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge